UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELBERT DAWKINS, on behalf of himself and all others similarly situated,

                          Plaintiff,

-against-

FOODEX NEW YORK, Inc.

                          Defendants.
-------------------------------------------------------------------X

Case No.: 1:22-cv-5917

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: February 13, 2023
       Hackensack, New Jersey

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
STEIN SAKS, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
201.282.6500
mrozenberg@steinsakslegal.com
*Attorneys for Plaintiff*

Dated: February 13, 2023
       Jacksonville, Florida

*s/Yash B. Dave*

Yash B. Dave
Smith, Gambrell, & Russell, LLP
50 N. Laura Street Suite 2600
Jacksonville, FL 32202
904.598.6115
ydave@sgrlaw.com
*Attorneys for Defendant*

**So Ordered.**
s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 2/13/23